**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

**PETER J. MESSITTE**　　　　　　　　　　　　　　　　　　　　　　　　　　　　**6500 CHERRYWOOD LANE**
**UNITED STATES DISTRICT JUDGE**　　　　　　　　　　　　　　　　　　**GREENBELT, MARYLAND 20770**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**301-344-0632**

## MEMORANDUM

To:　　　　Counsel of Record

From:　　  Judge Peter J. Messitte

Re:　　　   <u>*Musaab Balchi v. Six Flags America LP*</u>
　　　　　   Civil No. PJM 20-2307

Date:　　　September 1, 2022

　　　　　　　　　　　　　　　　********

This memorandum confirms the dates discussed at the telephone conference with counsel held on September 1, 2022. These dates apply:

　　　　October 31, 2022: Defense Expert Disclosure and Report Completed

　　　　November 30, 2022: Defense Expert Deposition Completed

　　　　January 10, 2023: Pre-Trial Order to Court

　　　　January 17, 2023: Pre-Trial Conference at 3:30 p.m.

Despite the informal nature of this ruling, it shall constitute an Order of the Court and the Clerk is directed to docket it accordingly.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Peter J. Messitte
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

CC:　　Court File

1