IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **MUSAAB BALCHI** | * | |
| Plaintiff | * | |
| v. | * | Civil Action No.: 8:20-cv-02307 PJM |
| **SIX FLAGS AMERICA LP** | * | |
| Defendant | * | |

\*       \*       \*       \*       \*       \*       \*       \*       \*       \*       \*       \*       \*

**JOINT STATUS REPORT**

All parties, by counsel and pursuant to the Court's Order, dated September 19, 2023, hereby submit this Joint Status Report and state as follows:

1.      The parties are prepared to proceed at trial set for October 30, 2023, through November 3, 2023.

2.      All witnesses, except Plaintiff's medical expert are scheduled to appear live at trial.

2.      The *De Bene Esse* Deposition of Plaintiff's medical expert, Dr. Fechter, is currently scheduled for October 12, 2023. This deposition will be conducted remotely via Zoom.

3.      The parties have conferred regarding the demonstrative exhibit of the subject waterslide capsule Defendant, Six Flags America, LP intends to use at trial and are currently working together to schedule a time for Plaintiff's counsel and Plaintiff's expert to inspect the exhibit prior to trial.

4.      The parties intend to fully comply with the Court's oral directives given at the Pretrial Conference regarding proposed *voir dire*, jury instructions and verdict sheet(s).

Respectfully submitted,

*/s/ Jessica B. Pupkin*
David A. Skomba (#23664)
Tamara B. Goorevitz (#25700)
Jessica B. Pupkin, Esq. (#21782)
Franklin & Prokopik, P.C.
Two North Charles Street, Suite 600
Baltimore, MD  21201
(410) 752-8700
dskomba@fandpnet.com
jpupkin@fandpnet.com
*Attorneys for Defendants*


*/s/ Cole J. Sullivan w/ permission*
Cole J. Sullivan, Esq. (#21011)
Valente Law Group
2200 Defense Highway, Suite 304
Crofton, Marylnad 21114
(410) 451-1777
csullivan@jpvlawgroup.com
*Attorney for Plaintiffs*


# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 26th day of September 2023, a true and correct copy of the foregoing paper was filed with the Clerk of this Court using the Court's CM/ECF system, which will automatically send e-mail notification of such filing to all attorneys of record.


*/s/ Jessica B. Pupkin*
Jessica B. Pupkin