IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MUSAAB BALCHI                           *

    Plaintiff                              *

v.                                      *     Civil Action No.:  8:20-cv-02307 PJM

SIX FLAGS AMERICA LP                    *

    Defendant                              *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## JURY VERDICT SHEET

We, the jury in the above case, find the following special verdict on the questions submitted to us by the Court.

1. Do you find that Six Flags America LP was negligent on August 13, 2017, and that its negligence was a cause of Plaintiff's injuries?

    (Please circle)      **(Yes)**      **No**

    (If yes, go to question #2. If no, STOP, sign and return verdict form.)

2. Do you find that Plaintiff, Musaab Balchi, was negligent on August 13, 2017, and that his negligence was a cause of his injuries?

    (Please circle)      **(Yes)**      **No**

3. If you find Plaintiff was negligent, do you find that Six Flags America LP had the last clear chance to prevent injury?

    (Please circle)      **Yes**      **(No)**

    (If yes, go to question #4. If no, STOP, sign and return verdict sheet).

4. Do you find that Plaintiff, Musaab Balchi, assumed the risk of injury on August 13, 2017?

(Please circle)   **Yes**   **No**

(If yes, STOP, sign and return verdict form. If no, go to question #5).

5. What amount of damages, if any, do you award to Plaintiff, Musaab Balchi, for:

Past medical expenses:   $_____

Noneconomic damages:   $_____

11-6-2023
Date

